

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Santino Aguirre, Brenda Echavarria,        * From the County Court
and Leroy Aguirre,                             at Law of Tom Green County,
                                               Trial Court No. 11C458-L.

Vs. No. 11-12-00253-CV                      * May 30, 2014

Scott S. Aguirre and Irma S. Aguirre,       * Memorandum Opinion by Bailey, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded to the trial court for further proceedings consistent with the opinion. The costs incurred by reason of this appeal are taxed against Scott S. Aguirre and Irma S. Aguirre.